Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff
Albert Dytch

**GRANTED**

Judge Susan Illston

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH,<br><br>       Plaintiff,<br><br>   vs.<br><br>PRETTY LADY LLC dba PRETTY LADY RESTAURANT, et al.,<br><br>       Defendants. | No.  3:16-cv-01752-SI<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

IT IS HEREBY STIPULATED by and between Plaintiff Albert Dytch and Defendants Pretty Lady LLC dba Pretty Lady Restaurant; and James F. Meagher, Trustee of the Meagher Family Trust, dated April 15, 1999, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own fees and costs.

Dated: August 17, 2016         MOORE LAW FIRM, P.C.

_/s/ Tanya E. Moore_
Tanya E. Moore
Attorney for Plaintiff,
Albert Dytch

Dated: August 17, 2016         VAUGHAN & ASSOCIATES

_/s/ Cris C. Vaughan_
Cris C. Vaughan
Attorneys for Defendants,
Pretty Lady LLC dba Pretty Lady Restaurant
and James F. Meagher, Trustee of the
Meagher Family Trust, dated April 15, 1999